I-42

**FILED**
**05/09/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

SCANNED at PENDLETON and Emailed on

_____ by _____ – \_\_\_\_\_ pages.
(date)          (initials)      (num)

1:22-cv-00912-JRS-TAB

## CONSENT TO RECEIPT OF DOCUMENTS
## THROUGH PRISONER ELECTRONIC FILING PROGRAM

I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prisoner Electronic Filing Program ("E-Filing Program").

When the Court issues an Order, Entry, or other document, a Notice of Electronic Filing is automatically generated and sent to Library staff. In order to receive copies of documents issued by the Court more quickly, I consent pursuant to Fed. R. Civ. P. 5(b)(2)(F) to be served with documents issued by the Court via the E-Filing Program. By consenting to participate I will receive via the institutional mail a printed copy of any ruling or notice issued by the Court in the case and a copy of the Notice of Electronic Filing.

This consent is valid as long as I reside at my current correctional facility. A new consent form will need to be signed if I am transferred and the new facility participates in the E-Filing Program. I acknowledge that it is my obligation to notify the Court of any change in my address.

Name: _James W. P____ (signature)    Date: _May 9_, 2022

Printed: _James Parks_
IDOC #: _147810_
Address: 4490 W. Reformatory Road
Pendleton, Indiana. 46064-9001

Case filed in:

Northern District of Indiana ☐
Southern District of Indiana ☒

Case Number (if pending at time of consent): _____